

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-19-00206-CR

Joel **ALEJANDREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 15-CR-101
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Appellant's brief was due on December 23, 2019. Sixteen days after the due date, Appellant filed a thirty-nine-page motion requesting a five-month extension of time to file the brief. To justify the request, court-appointed counsel cited reasons that are common for an active criminal defense practice. We granted the motion in part with this notice:

> **We caution Appellant that the reasons given for a five-month extension do not justify such a delay, and any further request for an extension of time to file the brief will be strongly disfavored.**

Despite this express caution, on February 21, 2020, Appellant filed a forty-five-page motion requesting an extension of time to file the brief until April 17, 2020. The motion does not cite extraordinary circumstances to justify such a delay, it merely recites reasons that are common to an active criminal defense practice.

Appellant's motion for extension of time to file the brief is GRANTED IN PART.

**We ORDER court-appointed counsel Joseph A. Connors III to file Appellant's brief in this court not later than March 23, 2020.**

If Joseph A. Connors III fails to file the brief as ordered, we will immediately abate this appeal and remand it to the trial court for an abandonment hearing *without further notice*. *See*

TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

We will order the trial court to ensure that Joseph A. Connors III personally appears at the hearing. *See* TEX. R. APP. P. 38.8(b)(3). We warn counsel that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against [A]ppellant's counsel." *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2020.



_____
Michael A. Cruz,
Clerk of Court